## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### Milwaukee Division

| | |
|---|---|
| GARDNER DENVER, INC., | ) |
| Plaintiff, | ) |
| v. | ) |
| AIR PACIFIC COMPRESSORS, INC., | ) Case No: 2:20-CV-00895 |
| Defendant. | ) |

# DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SANCTIONS FOR FAILURE TO COMPLY WITH A COURT ORDER

James M. Mulcahy (admitted *pro hac vice*)
jmulcahy@mulcahyllp.com
Filemon Carrillo (admitted *pro hac vice*)
fcarrillo@mulcahyllp.com
MULCAHY LLP
4 Park Plaza, Ste 1950
Irvine, CA 92614

Daniel Manna
manna@gassturek.com
GASS TUREK LLC
241 N Broadway Suite 300
Milwaukee, WI 53202

Mitchell B. Hanna (admitted *pro hac vice*)
mhannah@hannahlaw.com
LAW OFFICE OF MITCHELL B. HANNA
100 Pacifica, Ste 370
Irvine, CA 92618

*Attorneys for Defendant Air Pacific Compressors, Inc.*

Defendant Air Pacific Compressors, Inc. ("APC"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 37, hereby moves this Court for sanctions against Plaintiff Gardner Denver, Inc. in the form of an order (i) precluding GDN from offering any evidence or testimony to support its claim for damages, (ii) precluding GDN from providing its expert any evidence of damages, and (iii) awarding APC the attorneys' fees incurred to bring this issue to the Court. The bases for APC's motion are set forth in APC's Memorandum of Points and Authorities, Declaration of James M. Mulcahy, Separate Statement, and the Request for Judicial Notice filed concurrently with this motion and all other papers on file with the Court.

Dated: March 18, 2022                                   Respectfully Submitted,

By:  /s/ Filemon Carrillo
James M. Mulcahy
  admitted *pro hac vice*
jmulcahy@mulcahyllp.com
Filemon Carrillo
  admitted *pro hac vice*
fcarrillo@mulcahyllp.com
MULCAHY LLP
4 Park Plaza, Suite 1950
Irvine, CA 92614

Daniel Manna
manna@gassturek.com
GASS TUREK LLC
241 N. Broadway, Suite 300
Milwaukee, WI 53202

Mitchell B. Hanna
  admitted *pro hac vice*
mhannah@hannahlaw.com
LAW OFFICE OF MITCHELL B. HANNA
100 Pacifica, Suite 370
Irvine, CA 92618

*Attorneys for Defendant Air Pacific Compressors, Inc.*